IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID WALKER,

 Plaintiff,

vs.

HUGH SMITH, Warden; JOSEPH HUTCHESON; Sgt. RODNEY JACKSON; MACKIE JENKINS; DEMETRIUS BERRY; Yard Officer RAMAS; BETTY STOKES; Officer MONOGAMY and Officer SALTER,

 Defendants.

CIVIL ACTION NO.: CV607-063

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Berry, Smith, and Stokes are **DISMISSED**.

**SO ORDERED**, this _____ day of _____, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)